**No. 57572.**—Hurricane Import Co. *v.* United States, protests 147680–K, etc. (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held duti-

able at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.